UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN RAMIREZ,

                Petitioner

     -v-

UNITED STATES OF AMERICA

**ORDER**

5 Civ. 4179

98 Cr. 438

PAUL G. GARDEPHE, U.S.D.J.:

        On August 26, 2020, the Second Circuit granted Petitioner leave to file a successive Section 2255 petition pursuant to Johnson v. United States, 135 S. Ct. 2551 (2015), and United States v. Davis, 139 S. Ct. 2319 (2019). Accordingly, the Government is directed to respond to the Petition by **September 15, 2020**.

Dated: New York, New York
       September 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge