UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN RAMIREZ,

                Petitioner

      -v-

UNITED STATES OF AMERICA

**ORDER**

5 Civ. 4179

98 Cr. 438

PAUL G. GARDEPHE, U.S.D.J.:

        On August 26, 2020, the Second Circuit granted Petitioner leave to file a successive Section 2255 petition pursuant to Johnson v. United States, 135 S. Ct. 2551 (2015), and United States v. Davis, 139 S. Ct. 2319 (2019).

        On October 14, 2020, the Government filed its opposition to the petition. Accordingly, Petitioner is directed to file any reply by **November 30, 2020**.

        The Clerk of the Court is directed to send a copy of this order by certified mail to pro se Petitioner, Juan Ramirez, #42302-054, USP Pollock, P.O. Box 2099, Pollock, LA 71467/

Dated: New York, New York
         October 15, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge