UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

-against-

Juan Ramirez,

                Defendant.

1:98-cr-00438 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court requires additional briefing regarding the trial record for Count Three. (*See* Gov't Mem., ECF No. 410, at 17 n.6.) No later than Wednesday, June 30, 2021, Defendant shall (1) submit the trial record in connection with Count Three (*i.e.*, trial transcript and relevant exhibits, if any), and (2) brief the evidence submitted to the jury in connection with Count Three. No later than Monday, August 30, 2021, Plaintiff may file a responsive brief.

**SO ORDERED.**

Dated:    New York, New York
         April 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021