UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Juan Ramirez,

Defendant.

1:98-cr-00438 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the Government's letter, dated July 14, 2021. (Gov't 7/14/21 Ltr., ECF No. 447.) No later than July 19, 2021, the Government shall mail a copy of its 7/14/21 letter, as well as a copy of this Order, to Defendant Juan Ramirez, Reg. #42302-054-A2-227-U, USP Pollock, P.O. Box 2099, Pollock, LA 71467. No later than August 30, 2021, Defendant may file a letter in response to the 7/14/21 letter.

No later than August 4, 2021, the Government shall file a letter addressing the impact of the decision in *Kassir v. United States*, No. 19-1477, 2021 WL 2878508, at *1 (2d Cir. July 9, 2021), on this case, and shall serve a copy of such letter, as well as a copy of the *Kassir* decision, on Defendant at the address above. No later than August 30, 2021, Defendant may file a letter in response to the Government's second letter as well.

**SO ORDERED.**

Dated: New York, New York
July 14, 2021

_____
STEWART D. AARON
United States Magistrate Judge