UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN RAMIREZ,

Defendant.

**ORDER**

98 Cr. 438 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

The Probation Department will have discretion to select the location monitoring technology used to enforce the home confinement condition imposed in this Court's Order granting Ramirez's motion for compassionate release. (See Order (Dkt. No. 459) at 18-19 (providing that "the first twenty-four months of Ramirez's supervised release term will be served on home confinement, enforced by electronic monitoring, at a location approved by the U.S. Probation Office"))

Dated: New York, New York
September 13, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge