# Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

September 16, 2021

VIA ECF

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> MEMO ENDORSED:
> The application is granted. This Court's order referring Juan Ramirez's motion pursuant to 28 U.S.C. § 2255 to Magistrate Judge Aaron for a Report and Recommendation (Dkt. No. 441) is vacated and the habeas corpus petition is dismissed on consent.
>
> SO ORDERED.
>
> *Paul G. Gardephe* (signature)
>
> Paul G. Gardephe
> United States District Judge
>
> Dated: September 20, 2021

Re:   United States v. Juan Ramirez, Case No. 98-CR-438 (PGG)

Dear Judge Gardephe:

      As the Court knows, this firm represents defendant Juan Ramirez. Given this Court's September 13, 2021 Order (Docket No. 459) reducing his life sentence to time-served pursuant to 18 U.S.C. § 3582(c)(1)(A), Mr. Ramirez respectfully withdraws all of his other motions that are currently pending before this Court and awaiting adjudication. However, to the extent that any of those motions were filed jointly with and also apply to Mr. Ramirez's brother and co-defendant, Luis Ramirez, we respectfully request that those motions remain pending and awaiting adjudication by the Court.

      Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/

Harlan Protass

cc:   Michael McGinnis, Esq. (via ECF)
      Assistant United States Attorney